IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HENRY LEE BROWN, JR.,

    Plaintiff,

-vs-                                  CASE NO.:  3:14-CV-00298-HES-JRK

NCO FINANCIAL SYSTEMS, INC.,
a foreign corporation,

    Defendant
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Henry Lee Brown, Jr., and Defendant, NCO Financial Systems, Inc., stipulate to a dismissal with prejudice of this action. Each party will bear its own costs and expenses, including attorneys' fees.

Respectfully submitted this 5th day of January, 2015.

    *s/ David P. Mitchell*
    David P. Mitchell, Esquire
    Florida Bar No. 067249
    Morgan & Morgan, Tampa, P.A.
    One Tampa City Center
    201 N. Franklin Street, 7th Floor
    Tampa, FL 33602
    Tele:  (813) 223-5505
    Fax:  (813) 222-4797
    DMitchell@ForThePeople.com
    VMarrero@ForThePeople.com
    KGlascock@ForThePeople.com
    Counsel for Plaintiff

    */s/Dayle M. Van Hoose, Esq.**
    Dayle M. Van Hoose, Esq.
    Sessions, Fishman, Nathan & Israel, L.L.P.
    3350 Buschwood Park Drive, Suite 195
    Tampa, FL  33618

>Direct: 813.890.2463 | Fax: 866.466.3140
><u>dvanhoose@sessions-law.biz</u>
>Attorneys for Defendant

*with express permission