UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HENRY LEE BROWN, JR.,

    Plaintiff,

v.                                             Case No. 3:14-cv-298-HES-JRK

NCO FINANCIAL SYSTEMS, INC.,
a foreign corporation,

    Defendant.

_____/

## ORDER

Before the Court is the parties' "Stipulation of Dismissal with Prejudice" (Dkt. 16, filed Jan. 5, 2015). The motion indicates that both parties stipulate to this dismissal with prejudice, and that each party will bear its own costs and expenses, including attorneys' fees. *Id.*

Therefore, it is **ORDERED** and **ADJUDGED**:

1. The above case is hereby **DISMISSED with prejudice**; and

2. The Clerk is directed to **CLOSE** this case.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of January, 2015.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
David P. Mitchell, Esq.
Abigail S. Pressler, Esq.
Dayle Marie Van Hoose, Esq.
Rachel A. Morris, Esq.